# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. 2:18-cr-535-RGK | Date May 20, 2019 |
| Title United States v. Joshua Lee Sullivan | |

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Cheryl Wynn | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     (IN CHAMBERS) **ORDER OF DETENTION – RELEASE OR DETENTION PENDING SENTENCING**

The Court conducted a detention hearing pursuant to 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's pretrial release.

The Court finds that:

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant is not likely to flee if released [18 U.S.C. § 3143(a)]. This finding is based on:

☐ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failures to report as directed

☒ Substance abuse

☒ Allegations in petition

☒ Absconded from supervision

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3143(a)]. This finding is based on:

☐ Previous criminal convictions

☒ Allegations in petition

☒ Substance abuse

☐ Untreated mental health issues

☐ Previous supervised release revocations

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.